UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **<u>Order of Continuance</u>** |
| v. | **24 MAG 3056** |
| YUANJUN TANG, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of Jane Chong, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18, United States Code, Sections 371, 951(a) and 2 (acting as a foreign agent without prior notification to the attorney general, and conspiracy to do so) and Title 18, United States Code, Section (false statements), in a complaint dated August 20, 2024, and was arrested on August 21, 2024;

It is further found that the defendant was presented before Magistrate Judge Ona T. Wang, and was ordered released on bail;

It is further found that Michael Bradley, Esq. of Federal Defenders, counsel for the defendant, has been engaged in, and is continuing, discussions concerning a possible disposition of this case with Assistant United States Attorney Jane Chong;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until December 20, 2024 and that a copy of this Order and the affirmation of Assistant United States Attorney Jane Chong be served by CM/ECF or email on defense counsel by the United States Attorney's Office.


Dated: New York, New York
       November __20__, 2024

_____
United States Magistrate Judge
Southern District of New York

2